GEORGIA TERMINAL COMPANY *v.* TEMPLE BAPTIST CHURCH.

PER CURIAM. 1. The facts relied on to recover are substantially the same as those in the case of *Ward* v. *Georgia Terminal Co.*, 143 *Ga.* 80 (84 S. E. 374), decided after the trial of the present case; and under the principle of that decision the plaintiff is not entitled to recover.
2. Upon review the motion to overrule the *Ward* case is denied.
*Judgment reversed. All the Justices concur, except Fish, C. J., absent, and* BECK, J., *dissenting.* In view of the principle ruled in the case of *Coker* v. *A., K. & N. Ry. Co.*, 123 *Ga.* 483 (51 S. E. 481), I dissent.
                     MARCH 2, 1916.

Equitable petition. Before Judge Ellis. Fulton superior court. January 5, 1915.

*Rosser & Brandon* and *Stiles Hopkins,* for plaintiff in error.

*George Westmoreland, Etheridge & Etheridge,* and *J. L. Mayson,* contra.